LITTLER MENDELSON, P.C.
One Newark Center, 8th Floor
Newark, New Jersey  07102
973.848.4700
Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GREGORY McCONNELL, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>P.B. SCHOOL OF BEAUTY CULTURE, INC., (d/b/a "PB COSMETOLOGY EDUCATION CENTRE" and also d/b/a "PB COSMETOLOGY STUDENT SALON"); and COLLEEN M. CONNELLY,<br><br>Defendants. | Civil Action No. 1:14-cv-00548-RMB-KMW<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br><br>*Electronically Filed* |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel of

record that the above matter shall be and is dismissed with prejudice.  Each party to bear his/its/their own

attorneys' fees and costs.

DeNITTIS OSEFCHEN, P.C.
Attorneys for Plaintiff


By: _____
    Stephen P. DeNittis, Esq.
    5 Greentree Centre
    525 Route 73 N., Ste. 410
    Marlton, NJ 08053
    (856) 797-9951


Dated:  5/14/2015

LITTLER MENDELSON, P.C.
Attorneys for Defendants


By: _____
    Lauren J. Marcus, Esq.
    One Newark Center, 8th Floor
    Newark, NJ 07102
    (973) 848-4700


Date:  5/28/15